Susan Ellis, for use of W. A. Mynton, for use of H. Davis, Jr., *v.* the Agricultural Insurance Company, Appellant.

*Practice, Superior Court—Reversal of judgment—Costs—Amendment of record.*

The appellate court having on appeal reversed a judgment entered on a verdict for plaintiff in the following form, "Judgment reversed," and said judgment not being a final judgment, such as will carry costs, the court may, on petition, amend the record so that their judgment entry shall be read, "Judgment reversed and judgment entered in favor of the defendant for costs."

Submitted July 10, 1898.    Petition to amend entry of "judgment reversed;" entered on appeal, No. 14, March T., 1898, by defendant, from judgment of C. P. Huntingdon Co., Dec. T., 1895, No. 30, on verdict for plaintiff.    Reported in 7 Pa. Superior Ct. 264.    Petition granted and judgment amended by addition of words, "Judgment is entered in favor of defendant for costs."

*Samuel I. Spyker* and *H. H. Waite,* for petitioner.

*A. O. Furst* and *W. H. Woods,* with them *John D. Dorris* and *J. S. Woods,* for plaintiff.

Opinion by William W. Porter, J., January 18, 1899:

The judgment heretofore entered was that the "judgment be reversed." No venire was awarded. This was not a final judgment, such as to carry the right to execution for costs: Smith v. Sharp, 5 Watts, 292; Fries v. Railroad, 98 Pa. 142.

A careful consideration of the facts has convinced us that the appellant is entitled to his costs. We, therefore, propose to amend the record so that he may obtain them.

The costs on the appeal are determined by the act of May 19, 1897, P. L. 67, section 21.    The costs in the court below must be taxed by that court in the first instance.

We, therefore, grant the prayer of the petition, and order that the judgment heretofore entered be, and the same is, hereby

amended by the addition of the words, " Judgment is entered in favor of the defendant with costs," so that the same shall read, " Judgment reversed and judgment is entered in favor of the defendant with costs."

NOTE. A petition for a reargument on the main case was refused January 17, 1899.